58

Rcpt. No 150019919

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

Case: 2:26-cv-11120
Assigned To : Goldsmith, Mark A.
Referral Judge: Patti, Anthony P.
Assign. Date : 4/6/2026
Description: CMP BROOKS ET AL
V. CITY OF DETROIT ET AL (DA)

**CHARLES E. BROOKS, JR. and**

**CHARLENE BROOKS,**

Plaintiffs Pro Se,

**v. Case No:** _____

**Hon.** _____

**CITY OF DETROIT;**

**DETROIT LAND BANK AUTHORITY;**

**BUILDINGS, SAFETY ENGINEERING, AND ENVIRONMENTAL DEPARTMENT (BSEED);**

**MICHAEL E. DUGGAN,** individually and in his former official capacity as Mayor;

**RAYMOND SOLOMON II,** individually and in his former official capacity as Chief of Staff;

**JOHN ROACH,** individually and in his former official capacity as Media Lead;

**TAMMY DANIELS,** individually and in her official capacity as CEO of the DLBA;

**ERICA WARD GERSON,** individually and in her official capacity as DLBA Board Chair;

**RICHARD HOSEY,** individually and in his official capacity as DLBA Board Vice Chair;

1

**CAROL WALTERS,** individually and in her
official capacity as DLBA Board Member;

**PATRICIA PERNELL-SHELTON,** individually and in her
official capacity as DLBA Board Member;

**MIRANDA MORROW-BARTELL,** individually and in her
official capacity as DLBA Board Member;
**Defendants.**

**COMPLAINT FOR DEFAMATION PER SE, VIOLATION OF PROCEDURAL DUE PROCESS (14TH AMENDMENT), SLANDER OF TITLE, TRADE LIBEL, AND CIVIL RIGHTS RETALIATION (42 U.S.C. § 1983)**

**JURY DEMAND: PLAINTIFFS DEMAND A TRIAL BY JURY.**

## I. JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1367.

2. Venue is proper as all events occurred in Detroit, Michigan.

## II. STATEMENT OF FACTS

2

3. Plaintiff Charles E. Brooks, Jr. is a world-renowned Master Builder. Plaintiff Charlene Brooks is his wife and business partner. Both file this action Pro Se.

4. Defendants gained actual knowledge of Plaintiff Charles' stroke and medical incapacity as early as 2022. On August 30, 2024, Defendants gained actual knowledge of Plaintiff Charlene's surgical status and incapacitation (rotator cuff surgery) during a court hearing; at which she was in a sling and excruciating pain, preparing for her September 26th surgery the following month.

5. Despite knowing Plaintiff Charlene held no title to 4219 Chalmers (Exhibit E1 & E2), Defendants maliciously joined her to a "Blight" lawsuit to maximize family distress and damage her reputation. This Abusive Joinder of a known non-owner during a medical recovery is direct evidence of Defendants' bad faith and Actual Malice.

3

6. Plaintiffs provided multiple social media public notices and requests for redress (Exhibit D1- D11) notifying Defendants that the "Blight" claims were false.

7. On April 4, 2025, at approximately 10:01 AM, Defendant Solomon utilized Fraudulent Inducement to enter Plaintiffs' property under a false guise of seeking a "solution" while Plaintiffs were in medical recovery. Solomon departed at 11:15 AM; shortly thereafter, a pre-produced "diss track" video using Nas' "Ether" was published by Defendants to humiliate and defame the Plaintiffs.

8. In a coordinated effort to suppress the Plaintiffs' protected speech and distract from the illegal seizure of 4219 Chalmers, defendants authorized retaliatory "inspections" of the Plaintiffs' primary residence ("The Castle Estate") via Defendant BSEED, targeting construction completed decades prior to create a false defamatory narrative.

4

9. Under the 14th Amendment, the government cannot arbitrarily harass a property owner who is in compliance with the law. By filing a lawsuit against a property with an active building permit (Exhibit L), the DLBA committed an abuse of process, utilizing the court to stop work that the City had already authorized. A notarized inspection report from a 3rd-party inspector documented "Exterior Renovations" at 4219 Chalmers on November 20, 2024, proving Defendants knew the property was not "abandoned" months before the strike.

10. On March 21, 2025, Defendants filed a fraudulent notice of Lis Pendens (Exhibit L1 & L2) and an ex parte order prohibiting transfer (Exhibit M), signed on March 24, 2025.

11. Defendants willfully violated the Plaintiffs' Procedural Due Process rights by seeking an ex parte "Emergency" order without notice, despite possessing the Plaintiffs' current address and contact information and having been in active litigation with them since 2022; intentionally bypassing the Plaintiffs' right to a hearing.

5

12. In said Lis pendens, Defendants published a malicious instruction to the public to "contact the Detroit Land Bank Authority" to purchase the Plaintiffs' private property, slandering the Plaintiffs' title and hijacking their property rights in the court of public opinion.

13. Defendant John Roach published a statement claiming Plaintiff Charles E. Brooks, Jr. had been "compelled" to sell various properties due to "blight" nuisance suits. This was a demonstrable lie, as the properties were under active renovation and sold as part of normal business development.

14. On April 12, 2025, the City of Detroit officially admitted the property was a "magnificent work-in-progress" (Exhibit E01), providing a formal executive admission that the earlier "Blight" and "Abandoned" claims were false.

## III. CLAIMS FOR RELIEF (THE 17 COUNTS)

15. **COUNT I: DEFAMATION PER SE** – Regarding the "Ether" video and the false labeling of Plaintiffs as "Blight Offenders."

16. **COUNT II: TRADE LIBEL** – Regarding the false "Rat Infestation" and "Abandonment" narratives used to damage Plaintiffs' professional trade.

6

17. **COUNT III: ACTUAL MALICE** – Based on Defendant John Roach's admission that the video "served its purpose" to stop the viral spread of Plaintiffs' protected speech.

18. **COUNT IV: RATIFICATION OF DEFAMATION** – Based on the City's formal statement that it "stands by its post" after being presented with proof of falsity.

19. **COUNT V: PROCEDURAL DUE PROCESS VIOLATION** – For the intentional bypass of the 14th Amendment via a "no-notice" ex parte seizure.

20. **COUNT VI: SLANDER OF TITLE** – For the malicious instruction to the public to "contact the DLBA" to purchase the Plaintiffs' private estate.

21. **COUNT VII: ABUSE OF PROCESS** – For the bad-faith utilization of the court system for municipal retaliation rather than code enforcement.

22. **COUNT VIII: CIVIL CONSPIRACY** – co-coordinated strike between the Mayor's Office, the DLBA, and Defendant BSEED.

7

23. **COUNT IX: EQUAL PROTECTION VIOLATION** – For the selective enforcement against 4219 Chalmers while ignoring neighboring properties such as 4395 Chalmers.

24. **COUNT X: FIRST AMENDMENT RETALIATION** – For the admitted policy of "matching energy" to punish Plaintiffs for their public advocacy.

25. **COUNT XI: TRADE LIBEL (Additional Properties)** – Regarding the false "Compelled to Sell" narrative published by Defendant Roach.

26. **COUNT XII: DEFAMATION BY IMPLICATION** – Regarding the "Health and Safety" NAP post intended to disparage Plaintiffs' professional competence.

27. **COUNT XIII: FRAUD UPON THE COURT** – For the manufactured "Emergency" filing used to obtain the March 24, 2025 Ex Parte Order.

28. **COUNT XIV: DEFAMATION BY ASSOCIATION** – Regarding the malicious and Abusive Joinder of Plaintiff Charlene Brooks.

29. **COUNT XV: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** – For the targeted strike launched during the Plaintiffs' known medical recovery.

30. **COUNT XVI: VIEWPOINT DISCRIMINATION** – For the use of municipal resources to suppress the "No Block Left Behind" message.

31. **COUNT XVII: MONELL CLAIM** – For the established City policy of utilizing social media "diss tracks" as a weapon of retaliation.

## IV. PRAYER FOR RELIEF

Plaintiffs request judgment against Defendants, jointly and severally, for:

A. Compensatory and Punitive damages in an amount exceeding **$40,000,000.00**;

B. A Mandatory Permanent Injunction requiring Defendants to publish a formal retraction and apology on all official social media platforms;

C. A Declaration that the Defendants' actions violated the 1st and 14th Amendments;

9

D. Recovery of all taxable costs of litigation and Pre/Post-judgment interest as allowed by law.

**JURY DEMAND: PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

Respectfully submitted,

Dated: April 6, 2026

**CHARLES E. BROOKS, JR., Plaintiff Pro Se**
4234 Lakewood Street Detroit, MI 48215-2386
248-242-1229

**CHARLENE BROOKS, Plaintiff Pro Se**
4234 Lakewood Street Detroit, MI 48215-2386

10

**PLAINTIFFS' EXHIBIT ARCHIVE**

**Exhibit A**: Premeditation Timeline (Solomon 10:01 AM Arrival / 11:15 AM Departure).

**Exhibit B**: City of Detroit "Match Energy" Admission (Social Media Screenshot).

**Exhibit C: Police Chief Todd Bettison "Talk to Mayor" Text Exchange (Evidence of actual notice to executive leadership).**

**Exhibit D: Address Falsity & Request for Redress Emotional Distress & Pain and Archive Social Media Posts correcting the record.**

**Exhibit E**: "Encouraged" Email.

**Exhibit E01**: April 12, 2025, City Social Media Post ("Magnificent Work-in-Progress").

**Exhibit E1/E2**: Recorded Deed to 4219 Chalmers (Proof of Sole Ownership).

**Exhibit(s) F1-F4**: Detroit Free Press Article (Highlighting 4395 Chalmers Selective Enforcement).

**Exhibit G**: Reporter Violet Ikonomova's "No Uniform Standards" Statement.

**Exhibit(s) H1-H3**: Instagram Screenshots of Mike Duggan's Comments (Evidence of Executive Malice).

**Exhibit I**: Additional DLBA Social Media "Clapbacks" labeling Plaintiffs as "Misleading."

**Exhibit J**: John Roach's "Compelled to Sell" Social Media Post.

**Exhibit K**: Notarized 3rd-Party Inspection Report (Dated Nov. 20, 2024).

**Exhibit L:** Building Permit for 4219 Chalmers

**Exhibit(s) L1/L2**: Notice of Lis Pendens (Highlighting "Contact DLBA to Purchase").

**Exhibit M**: Ex Parte Emergency Order (Dated March 24, 2025).

**Exhibit N:** News Article



EXHIBIT
A



**LaKesha Calhoun**

I agree the Detroiters deserved nice things....that's fact!!!!!

However, why does these posts and some other comments lately from this page seems so messy? Who's running the page because the person seems very young, petty & unprofessional at times.

2



**City of Detroit Government**
We're a reflection of our city. Gritty, no nonsense, and we match energy ✦● . The clap backs may get the clicks, but our goal is to connect residents to resources and present facts.

EXHIBIT B

View 1 reply...



## 2 People

Chief, would like to take you up on your offer:, my wife, son and I (NO Media. NO recording), would like have a private sit down with. You, Mayor Duggan and the CEO Tammy Daniel's DDLB right here at the Castle... Can you arrange this ASAP?

We have never met either of them, whereas this meeting will be strictly private, NO press, radio, media, social media posts, pics, etc. it is imperative that we have a balanced introduction, and equally share our concerns, and that as we all play or will play a major role in moving this City and State forward, whereas the efforts that my family and I have put fw to rebuild these communities, are worthy of such a request.

It is further stated, that due to my huge social media and community support from around the world, they have NO knowledge of my above said request, nor do I intend to inform them of such, pre and/or post meeting

**CHARGED AFTER STOLEN**
**IATION LEADS TO STRAY E**
**ALLY STRIKING 6-YEAR-(**

EXHIBIT
C1



## 2 People



**ALLY STRIKING 6-YEAR-L**



MDN on Instagram: "JUST IN • :
Three men have been charged in
connection with the fatal shooti...
instagram.com

Good Blessed afternoon, **Chief**, how are you? Don't mean to be a bother, just checking in on my request?



Just seeing your request now for the first time. I missed your text on Friday

I will have a conversation with the Mayor tomorrow.

EXHIBIT
C2

*Humiliated Detroit Castle Owner Begs for an apology from the Mayor, City and Detroit Land Bank...*

# Detroit Free Press

# CITY OFFICIAL ARGUES WITH CASTLE OWNER USING DISS TRACK

*Do you think he will get it?*

 Charles E. Brooks Jr.
♫ Charles E. Brooks Jr. · No Block Left Behind!

After the illegal takeover of 1 of the properties on my Castle Estate, this was more than " Blight", You cannot take control of a persons home. If the... See more

EXHIBIT
D1

## Their "Diss Track" really Humiliated me in front of the whole world! 😵😵

## People also ask

⋮

**What is the meaning of Ether Nas?**                              ⌃

Shortly after Nas released the song, the word "ether" entered the hip hop lexicon as a slang expression, meaning **to ruthlessly humiliate an opponent**.

EXHIBIT
D2

# Detroit Free Press

Subscribe    Sign In

**Like the Mayor's Spokesman said "The Diss Track served their purpose: "Charles E. Brooks Jr. has been HUMILATED!**

The posts were deleted after mayoral spokesman John Roach said Solomon determined they'd served their purpose "stopping the viral spread of a misleading story."

Brooks contends he has been truthful about his case.

"They're trying to spin the media and the public by saying they didn't take my property, but they have ultimately taken away the rights to it," he said, pointing to the effort to prevent him from selling it

EXHIBIT D 3

*Yes, it was almost a Fatal Blow! This Brutal Attack from the Mayor, The City and The Devilish Land Bank, almost killed me, I was beyond sick and devastated! I literally lost 34 pounds during this ordeal!*

## Behind the music ^

- Nas titled the song "Ether" to inflict spiritual damage on Jay-Z. He explained, "I was told ghosts and spirits don't like the fumes from ether... I wanted to affect him with my weapon and get to his soul." &

- "Ether," Nas's response to Jay-Z's "Takeover," is considered one of the greatest diss tracks ever. It unexpectedly revitalized Nas's career after "Takeover" seemed to have dealt a fatal blow. &

- Jay-Z's own mother urged him to apologize for "Takeover" after hearing the brutal "Ether." &

EXHIBIT
D4



**Unstopable Shel Be**
I book me a flight and went straight to the Castle. I was there at the Castle when this interview took place. It's sad to say this brother in the black suit is a Uncle Tom and I gracefully let him have it...because we understand it's the property behind the Castle however we also know that there is always a hidden agenda. ( like the fact we was told The Mayor himself was coming ) The Land Bank and the Mayor ( who hide behind and the Land Bank ) of Detroit is a lier and the truth is not in him. I too along with thousands and thousands of other BLACK AMERICANS here in the City of Detroit  properties have been taken from under us. As if we are still enslaved in a sense. God is using Charles to be the face for all of us who are victims of Greed and Power to only start the gentrification process in our communities. Now we  have a voice because you gave us this opportunity on your platform thank. 😌

6w    Like    Reply                                    2

ExHIBIT
D5



**Charles E. Brooks Jr.**

Wow! The city of Detroit has dropped a diss track on me! The instrumental on this video is the rapper Nas diss track on Jay-Z if you know you know what he said on there. LOL but this is how the city responds to an outrage of concerned citizens. Use a rap beef instrumental and chop up and edit a video to cut out right before the video starts that I had a stroke? WOW!



EXHIBIT
D6



EXHIBIT D 7

**Charles E. Brooks Jr.**
April 12, 2025 · 🌐

All I ever wanted to do was Rebuild Detroit! Never in a million years did I think the the malicious actions caused by Mayor Mike Duggan, City of Detroit Government and Detroit Land Bank Authority would have to fear for my life and the safety of my family! And you will clearly see in this article that the Mayors spokesperson continues to stand by the lies that the they continue to spread with their official Statements

The song used in the diss track says ████ You to another rapper...
Well with the approval of the Mayor, The Detroit LandBank, said ████ Charles E. Brooks Jr.

In last Sundays paper, Ray Solomon clearly stated that the diss track had did exactly what it was supposed to do!



FREEP.COM
Detroit police guarding 'castle' complex whose owner sparred with city on social media

Charles E. Brooks Jr.

EXHIBIT D8



**Charles E. Brooks Jr.**
April 10, 2025 · 🌐

Hey family and friends, as most of you know, this has been a rough 5 months for me, as I continue t heal and recover, the devastating injuries and insults added to my recovery this past 3 weeks, by Mayor Mike Duggan, City of Detroit Government, Detroit Land Bank Authority, via the lawsuit taking control of my property at 4219 Chalmers without my knowledge, simply I say Father Forgive them for they know NOT what they do...

Please join me in this song, as I shout the Victory, not only for myself, but so many others...

In spite of this malicious attack, I gotta keep my Promise to God! Lord Jesus! Yahshua Hamicshiac Whewwwwww Glorrrrrrry!

I'M HEALING

YOUTUBE.COM
Mervin Mayo - I'm Healing (OFFICIAL LYRIC VIDEO)

See insights and ads

Comment as Charles E. Brooks Jr.



EXHIBIT D9



... my home, I lost 34 pounds in less then 3 weeks, all I could do was Pray ... my meditation, music and dancing became a part of my Healing (and you knew I Lived to ...

I have been shot and stabbed, this malicious attack by them, was 10 times over the worst pain, trial and tribulation that I have ever been through! I wouldn't wish it on my worse enemy! 😤

I was very weak, While in my War room/Prayer Closet, God gave me Strength and this song (and many more) as I lifted my hands and came to my feet, all I could was Praise HIM cause I knew Victory was coming and the devils were being defeated! 🙌

This song is not only my Testimony, it is an instruction for others to follow when the devil comes at you! It's wayyyyyyy, bigger than me, I must Share it with the World! 🙏

I need your help as we continue to Rebuild our City! NO BLOCK LEFT BEHIND!
https://www.facebook.com/share/r/1AwxAES3ko/?mibextid=wwXlfr

Detroit Castle Owner responds to "Diss Track" authorized by an and devilish Detroit Land Bank

Detroit Land Bank sues owner of Castle complex over blighted property.

Charles E. Brooks Jr.

D10
EXHIBIT



EXHIBIT
D11

## 4219 Chalmers 25-004278-CH DLBA Stipulated Dismissal

**From** Giuseppe Palazzolo <gpalazzolo@detroitlandbank.org>

**Date** Fri 4/4/2025 12:45 PM

**To** Chuck Brooks <Chuck@uniqueconstruction.com>

📎 1 attachment (110 KB)

4219 CHALMERS Stipulate Dismissal Agreement.pdf;

Hello Mr. Brooks,

The property located at 4219 Chalmers, Detroit, Michigan, was originally identified as being vacant and blighted and a notice was placed on the property in November 2024. We are encouraged that you are in the process of renovating the property, as it is our goal to work with property owners towards resolution to ensure the complete abatement of the property, for the health, safety and well-being of the community. I have attached here a proposed stipulated dismissal with terms to abate the property. The attached agreement is similar to the six you have entered into previously with the DLBA.  Please review, sign, notarize and return the agreement by April 18, 2025,  and we will file with the Court.

Thank you for your efforts in improving Detroit's neighborhoods. Feel free to contact me if you have any questions.



**DETROIT LAND BANK**
A U T H O R I T Y
**BuildingDetroit.org**

Giuseppe Palazzolo
Principal Attorney
Nuisance Abatement Program

Hours of Operation: Monday – Friday; 9:00 a.m.- 5:00 p.m.
500 Griswold, Suite 1200 | Detroit, MI 48226

  

*EXHIBIT E*



♥ 2,868  ◯ 145  ▽ 193  🔖

●●● Liked by mxmay19th and others

cityofdetroit Chief Todd Bettison was on the ground today with Mr. Charles E. Brooks, Jr., and a team of volunteers who rallied around Mr. Brooks to clean up his work-in-progress property on Chalmers behind his magnificent "castle" on Lakewood.

Thanks to this great community effort, the city will help Mr. expe... *51.3K ... in the neighborhood and desires are the other is her accord.

⌂  🔍  ⊕  ▶  ⬤

EXHIBIT
EO1

Bernard J. Youngblood
Wayne County Register of Deeds
2014280294          L: 51581 P: 721
06/11/2014 11:02 AM   QCD    Total Pages: 2

**QUIT CLAIM DEED**                                                                                               Gen.

    The City of Detroit, a Michigan public body corporate whose address is 2 Woodward, Detroit, MI 48226 quit claims to **Charles E. Brooks Jr.**, whose address is **4234 Lakewood, Detroit, Michigan 48215**, the premises located in the City of Detroit, Wayne County, Michigan, described as:

    a/k/a ~~12919 Chalmers~~                                              21/056030          (see attachment)

(The "**Property**"), for the sum of **Two Thousand Five Hundred Dollars and No Cents ($2,500.00)** subject to and reserving to Grantor its rights under public easements and rights of way, easements of record, applicable zoning ordinances, development plans pursuant to Act 344 of 1945 as amended (if any), and restrictions of record.

    The estate conveyed by this deed is a fee simple subject to a condition subsequent such that if Purchaser has not obtained a certificate of occupancy for the Property within __12__ months from the date of this Deed, then title to the Property shall revert to the Grantor upon the Grantor recording a notice of default. The condition subsequent shall be deemed released upon recording of an affidavit by the authorized agent of the Grantor stating that the condition is released, or upon the Purchaser recording an affidavit with an attached copy of the certificate of occupancy for the Property prior to the City recording a notice of default. The condition subsequent and the Grantor's reverter interest in the Property are specifically subject to a *bona fide* first mortgage lien securing purchase and/or construction financing for the Property if the mortgage is held by a state or federally chartered institution or is insured or guaranteed by an agency of the federal government. If the Property is rented for residential occupancy, the Property must be registered as a rental property pursuant to Ordinance 579-H (Detroit City Code § 26-5-42.5).

WITNESSES:                                                     **GRANTOR:** CITY OF DETROIT, a Michigan public body corporate

Print: Lisa Jackson

By: _____

Print: Christine Holland                                      Print: Marja M. Winters
                                                              Deputy Director
                                                              Planning and Development Department

STATE OF MICHIGAN )
                  )ss.
COUNTY OF WAYNE   )

    The foregoing instrument was acknowledged before me on ___December 3___, 2013, by ___Marja M. Winters___, the ___Deputy Director, Planning and Development Department___ of the City of Detroit, a Michigan public body corporate, on behalf of the City.

ALVIN J. MITCHELL
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Mar 10, 2018
ACTING IN COUNTY OF WAYNE

Print: ALVIN J MITCHELL
Notary Public, Wayne County, Michigan
My commission expires: 03/10/2018

EXHIBIT
E1

Pursuant to § 18-5-12 of the Detroit City Code, I hereby certify that proper and fair consideration has been received by the City pursuant to this instrument.

Approved by City Council on

_____
Finance Director

___/___/___, JCC pp _____ or

"ATTACHMENT"

Land in the City of Detroit, County of Wayne and State of Michigan being Lot 42; Finn's Park Subdivision of part of Private Claim 321, North of Mack Avenue, City of Detroit, Wayne County, Michigan. Rec'd L. 40, P. 17 Plats, Wayne County Records.

PER ASSESSORS
1-24-14
DESCRIPTION CORRECT
ENGINEER OF SURVEYS

By _Basil Sarim, P-S_
CED

a/k/a   4219 Chalmers
Ward   21      Item   056030

LDJ

EXHIBIT
E2

# Detroit Free Press

**DETROIT**

# Detroit police guarding 'castle' complex whose owner sparred with city on social media

 **Violet Ikonomova**
Detroit Free Press

Updated April 12, 2025, 4:13 p.m. ET

## Key Points

- Police Chief Todd Bettison ordered officers to guard Charles Brooks' house after he reported threats.
- The Detroit home and business owner said the city turned people against him with a "diss track."

Detroit police officers are guarding the complex of a resident being sued by the city for alleged blight, after he says a city social media campaign resulted in online threats against him.

Multiple police cars have been stationed outside Charles Brooks' east-side "castle" complex since Wednesday, he told the Free Press.

Detroit Police Chief Todd Bettison said he ordered the detail after talking in person with Brooks, who appeared "really stressed out" and reported receiving "multiple threats" on social media.

"With the mayor, the Land Bank, and the city constantly posting official statements that I was lying, it fueled the fire," said Brooks, a construction company owner whose Detroit renovation projects have helped him amass a large online following.

EXHIBIT
F1

1/5

The city social media posts Brooks said turned people against him included a video he likened to a "diss track" and a Land Bank statement that he had properties "scattered across the city's east side" that were "neglected and in disrepair."

"The comments got out of control," Brooks said Thursday. "People were talking about firebombing the house and breaking in, (saying) 'Oh this guy, he's lying on the mayor.' "

Brooks' battle with the city began April 2, with a viral post in which he shared news of the nuisance lawsuit by claiming "Mayor Mike Duggan and the devilish Detroit Land Bank ... have literally taken my home."

The suit was filed against Brooks for a vacant house under renovation at his nearly 1-acre home and business complex. It could ultimately result in the structure's court-ordered seizure if he fails to get it up to code within a time frame allotted by the Land Bank.

## 'Diss track'

In an effort to dispel what it called Brooks' "misleading" claims, the city, Land Bank and mayor's personal account posted about the situation at least half a dozen times.

One video showed Duggan's chief of staff arguing with Brooks over the instrumentals of a famous diss track called "Ether," in which the rapper Nas attacks Jay-Z. The video was shared on the city's official Instagram and Facebook accounts and later deleted.

Bettison said he did not have specific details on the threats against Brooks, but said he had ordered officers to remain outside his complex "until things die down." Viral posts about the suit turned the property at Chalmers and Waveney streets into an attraction last week, with cars regularly driving by at a crawl, sometimes to shout their support for Brooks.

EXHIBIT
F2

Brooks provided the Free Press with numerous screenshots showing commenters calling him a liar, scammer and a clown but no specific threats.

Asked whether the city was responsible for the need for police outside the home, Bettison said, "I don't want to speculate to that point, but I can say that I did not like the choice of music in" the city's video response.

"I didn't like it and I'm not happy with it — I'm just giving it to you as to my opinion," he said. "I've had numerous conversations with Mr. Brooks about that because it really hurt him, so it will be more to come with that later."

Bettison declined to elaborate.

The city has said it stands by its social media posts about Brooks.

"The information in the city's posts was accurate," Duggan spokesman John Roach said Thursday.

## Singled out?

The house at the center of the suit — 4219 Chalmers — has been partially redone with new windows and bricks, but its second story remains boarded. Debris and construction materials were also piled in the front yard.

Brooks said he and a team of volunteers cleaned up the property April 5, according to a video he posted to Instagram. Land Bank officials said Friday the "construction debris" is still a problem.

Land Bank officials said the "blighted" house was identified during a routine November canvas conducted as part of its Nuisance Abatement Program, but Brooks contends he was singled out by the agency, as it did not sue the owners of other blighted properties within blocks of his home.

Those properties include a house with a caving roof at 4395 Chalmers and a house with boarded windows at 3023 Chalmers, according to a Free Press review this

EXHIBIT F3   3/5

week.

The Land Bank said it had identified both of the properties as being vacant and blighted, but confirmed it had not sued their owners.

The house at 4395 Chalmers was posted with a warning notice in June 2023 and will be sued if its blight persists, Land Bank spokeswoman Nicole Simmons said. The agency has also deemed 3023 Chalmers vacant and blighted, but has not yet posted it with a warning, she said.

Simmons said the Land Bank has noticed more than 200 other addresses in Brooks' city district since January of last year, and that it has gone on to sue 115.

"Mr. Brooks is not being treated any differently than any other owner being required to clean up blighted neighborhood property," Simmons wrote in an email.

More than 7,000 nuisance suits have been filed against Detroit property owners by the agency since 2014. The suits threaten to take the title of owners who do not bring their structures up to code, a move aimed to force owners into compliance agreements that typically allow up to two years to finish the work. For owners who do not show adequate progress, the Land Bank requests a judge to transfer the property with the ultimate aim of "getting it into the hands of someone who will step up and take responsibility for" it, Simmons has said.

As of last year, the agency had taken title to nearly 2,000 structures with court approval, Simmons said, representing about 13% that entered into compliance agreements since 2015.

Brooks has said he owns 42 properties in Detroit, most of them occupied rentals. Three are currently in compliance agreements with the Nuisance Abatement Program; Brooks said he sold another four for which he was sued by the Land Bank in 2022 because he was unable to keep up with the agency's repair requirements.

EXHIBIT
F4



**Violet Ikonomova**
Apr 16 2025 ·

good story by urs truly about Duggan and the Land Bank's inconsistent dealings with Detroit property owners. All 3 pieces I wrote on this topic point to an agency operating without uniform standards. I found:
- run down neighboring houses not sued for blight
- houses in better shape that the Land Bank did sue/try to take
- an inspection report that lists numerous code violations at the "castle" property, and the Land Bank/Duggan admin claiming after the fact and without supporting documentation that the real issue was just one thing



**Detroit Free Press** ✔
Apr 16 2025 ·

The property remains covered in boards and open to the elements, raising questions about preferential treatment for owner Charles Brooks.



EXHIBIT

G

# MAYOR DUGGAN RESPONDING TO COMMENTS ON THE LAKEWOOD PROPERTY SITUATION





@crimenewsdetroit

EXHIBIT
H1



**djskeez313**

@charles.brooksjr stay strong Mr. Brooks, we're here for it and got your back!



**mikeeduggan**

@djskeez313 We checked in on this situation. Here are the facts. The Land Bank is not attempting to take Mr. Brooks' house. The nuisance suit is for a separate vacant and blighted parcel he owns nearby. We've learned Mr. Brooks has started to clean up the property and is working on an agreement with the Land Bank. -Team Duggan



**djskeez313**

@mikeeduggan this is once again half truths and misinformation. The house "nearby" is INDEED the address within his secure fence. If it wasn't, why did your staff show up causing a scene in front of it ? Get your facts straight or post the NAP and addresses for us to see.

EXHIBIT
H2

# Comments

· · ·



**holla_at_dre**

The Landbank is crazy!! So you mean to tell me they took one of the homes on your estate. So they took the deed? Wow they are crooks. They just want money..



**mikeeduggan**

We checked in on this situation. Here are the facts. The Land Bank is not attempting to take Mr. Brooks' house. The nuisance suit is for a separate vacant and blighted parcel he owns nearby. We've learned Mr. Brooks has started to clean up the property and is working on an agreement with the Land Bank. -Team Duggan

**ferragamo_teez_**

Why would he have to work on an agreement with the Land Bank for a property that he didn't get from the Land Bank? Why is the Land Bank sticking their nose in his business? Are they the overseers of the city's blight? It seems a little hypocritical, seeing as the Land Bank doesn't even clean up its own property's.





EXHIBIT H3

**11:06**   ıl 5G+ 

  **Detroit Land Bank Authority**
16h · 🌐

•••

Detroiters deserve nice things.

The #NuisanceAbatementProgram is here to stabilize and rebuild neighborhoods for the general health, safety, and welfare of the community.

For more information, visit buildingdetroit.org

 **This content isn't available right now**

When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

👍 Like              💬 Comment              ↪ Share

*Deleted diss track video from Facebook*

EXHIBIT
I 1

**The Humiliation just won't stop! Here is Another Brutal lie, I don't have 1 Property in the City of Detroit that is Neglected and Beyond Repair!**

EXHIBIT
I 2

 **Detroit Land Bank Authority**

...

Let's clear some things up. The goal of the DLBA's Nuisance Abatement Program (NAP) is to combat blight, stabilize and rebuild neighborhoods to ensure the health, safety, and welfare of our community. We all deserve neighborhoods we can be proud of.

These nuisance suits filed by the Detroit Land Bank against Mr. Brooks have nothing to do with his primary residence, but rather against other vacant houses he owns in neighborhoods scattered across the city's east side, all of which are neglected and in disrepair.

There has been no taking of any of Mr. Brooks properties, and he is not at risk of losing them if he agrees to abate the nuisance and bring them up to an acceptable condition.



EXHIBIT

I3

# OFFICIAL STATEMENT FROM DETROIT LAND BANK AUTHORITY

EXHIBIT
I4

8:43



**Montez Miller**
9h · 🌍

Let me stir up the book...To all parties concerned. I wonder if this will go viral, let the truth be told.

Y'all, know I worked for the Mayor, right... somebody go help Mr. Brooks clean up the property.

The picture of the property below, isn't the property in question and no one has taken or tried to take any of the various vacant properties he owns...although he recently sold several after the Land Bank filed nuisance suits compelling him to deal with the blight..



**City of Detroit** ✓ @CityofDetroit · 5h
Replying to

We believe he may have misinterpreted the NAP (Nuisance Aba**tem**ent Program) complaint filed. The Land Bank has not taken possession of the property, nor is it seeking to do so. The goal of

EXHIBIT
I5



**Charles E. Brooks Jr.**
April 3, 2025 ·

Overview    Comments

CLARIFICATION...WITH PAPERWORK. BEING TAKEN AND HAVING NO
CONTROL FALLS UNDER THE SAME TREE. I HAVE NO CONTROL
OVER MY CHALMERS PROPERTY INSIDE MY FAMILY COMPOUND, IN
MY GATED LAKEWOOD TO CHALMERS ESTATE WITH THE CASTLE. I
HAVE NEVER BEEN TO COURT ABOUT THIS OR MADE AWARE TO
APPEAR OR GOT ANY NOTICE. REMEMBER THE SERVER SAID
THEY'VE BEEN TO COURT A FEW TIMES... The city of Detroit trying to
clean this up and I will not be silenced! What I'm revealing might cost
me my life but everybody that watched me build this knows wassup
with me!
See less

EXHIBIT
I 6

## Charles E. Brooks Jr.'s Post

**Charles E. Brooks Jr.**
April 3, 2025 · ⊙

Lies! They want you all to believe this. The property that has been taken from me (I HAVE NO CONTROL OVER ANYMORE) A HOUSE THAT IS UNDER CONSTRUCTION inside my GATED LAKI TO CHALMERS estate WITH THE CASTLE (they attempted to take that too with another shady g explained in my newest video im posting after this) This is not about any other properties I owr Please watch my next video.  They want to silence me from bringing awareness to the shady ga they play with everyone (NOT JUST ME) I will not let them destroy my character and make it see I deceived you all! Everybody that watched me build this knows wassup with me!



**City of Detroit** ✪
We believe he may have misinterpreted the NAP (Nuisance Abatement Program) complaint filed. The Land Bank has not taken possession of the property, nor is it seeking to do so. The goal of NAP is to ensure that properties are properly maintained for the safety, stability, and

**Alex Washington**
Out of curiosity, how has his property qualified for such a complaint? "Overall well-being of the community" is interesting. Especially considering there are abandoned properties in the area, including an abandoned school that closed in like 2012 a few blocks away.

**City of Detroit** ✪                                    Follow

The complaint is for other properties he owns, not the one

EXHIBIT
I7

7 02 ●●●●● ■ ·    ■ ◀ 🛜 ◢ 46%◾

X    **Charles E. Brooks Jr.**    Q

 **City of Detroit Government ●** Follow
We believe you may have misinterpreted
the NAP (Nuisance Abatement Program)
complaint filed. The Land Bank has not
taken possession of the property, nor is
it seeking to do so. The goal of NAP is to
ensure that properties are properly
maintained for the safety, stability, and
overall well-being of the community.
NAP has continued to make strides in
combating blight to stabilize and rebuild
neighborhoods, we can all be proud of
across Detroit.

Like    Reply     3 ●😕

 ✎ Author
**Charles E. Brooks Jr.**
City of Detroit Government That is
NOT true! I am very well aware of
the lawsuit papers that I've been
served with and I've already lost
properties dealing with the land
bank so please don't come on here
talking about that. You're here to
help me. They've already went to
court and put a list pending in the ex
party order on my property, which is
a private residence on my estate. I
do not have to s... See more

Like    Reply     4 👤



EXHIBIT
I8



documents that supports his claims.

...?

Charles E. Brooks Jr.

**City of Detroit** ✪
We believe he may have misinterpreted the NAP (Nuisance Abatement Program) complaint filed. The Land Bank has not taken possession of the property, nor is it seeking to do so. The goal of NAP is to ensure that properties are properly maintained for the safety, stability, and

**Alex Washington**
Out of curiosity, how has his property qualified for such a complaint? "Overall well-being of the community" is interesting. Especially considering there are abandoned properties in the area, including an abandoned school that closed in like 2012 a few blocks away.

**City of Detroit** ✪
@CityofDetroit                                    Follow

The complaint is for other properties he owns, not the one featured in this video.

**103** Views

EXHIBIT
I9

## VISUAL INSPECTION REPORT AND AFFIDAVIT

PROPERTY ADDRESS: 4219 Chalmers          DISTRICT: 4

DATE OF VISUAL INSPECTION: 11/28/24

OCCUPANCY: ☐ Occupied          RENOVATION IN PROGRESS: ☐ Interior ☑ Exterior

Details: *new windows around the home

| YARD/LAWN/CURTILAGE | STRUCTURE/FOUNDATION/EXTERIOR |
|---|---|
| Required Detroit Code Ordinance §8-15-113(1-4) | Required Detroit Code Ordinance §8-15-113(5-12) |

**YARD/LAWN/CURTILAGE**
Required Detroit Code Ordinance §8-15-113(1-4)

Trees/Shrubs/Grass/Weeds
- ☑ Overgrowth >8in.
- ☐ On Sidewalk
- ☑ Dead/Broken (shrubs/trees)

Walkway/Driveway/Exterior Lot
- ☑ Failure to maintain yard
- ☐ Failure to clear snow
- ☑ Solid Waste/Debris/Garbage present
- ☐ Abandoned car on property
- ☐ Flyers/Mail/Newspaper accumulation

**STRUCTURE/FOUNDATION/EXTERIOR**
Required Detroit Code Ordinance §8-15-113(5-12)

- ☐ Basement/Foundation open to water/animals
- ☐ Holes/Breaks in exterior walls allowing for water/animal entry
- ☐ Loose/Rotting Board allowing for water/animal entry
- ☑ Peeling Paint
- ☐ No Exterior Lighting
- ☑ Open to Elements/Trespass
- ☑ Plywood Boards on the Basement Level, First Floor or Second Floor of Structure
- ☑ Windows broken and/or missing glass
- ☑ Vacant

**HEALTH/SAFETY/WELFARE**
Required Detroit Code Ordinance 290-H §8-17-21(1-10)

- ☐ Any portion of the building/structure is damaged by
  - ☐ fire ☐ wind ☑ flood affecting the stability
- ☐ Any portion of building is likely to fall or become detached/dislodged:
  - ☐ Balcony/Porch is collapsing
  - ☐ Façade is detaching from structure
  - ☐ Other_____
- ☐ Any portion on the building is likely to collapse:
  - ☐ Walls are buckling, leaning, tilting
  - ☐ Roof is buckling, leaning, tilting or missing

- ☐ Dog present
  - ☐ House ☐ Yard
- ☐ Gate locked
- ☐ Power on
- ☐ Evidence of Animals/remains

Comments: •overgrown weeds & shrubs in the front, side & backyard, •debris scattered in the frontyard •1st & 2nd story front & side windows is open to elements

### AFFIDAVIT

I, _Herb Alexander_, state under oath:

I am an Investigator contracted and retained by the Detroit Land Bank Authority and the City of Detroit, Michigan. I assist the Detroit Land Bank Authority (DLBA) in assessing the physical condition and occupancy, if any, of structures showing signs of deterioration and/or abandonment. The DLBA considers my findings and conclusions in determining whether to initiate nuisance abatement proceedings against such properties. Either I or an agent of the company, visually inspected the property at the location and on the date listed above. If called as a witness, I am competent to testify to the facts stated throughout this document.

Affiant Further Sayeth Naught.

_[signature]_          12/2/24          by _Herb Alexander_

Signature          Date          Printed Name

State of Michigan)
County of Wayne)

This Affidavit was acknowledged before me on _12/2/24_, by _Herb Alexander_ Affiant.

Date          Printed Name

_[signature]_
Signature of Notary

_Carleen Vincent_
Printed Name of Notary

My commission expires _8/6/2027_
Notary Public, State of Michigan
State of Michigan, County of _Macomb_, Acting in the County of _Wayne_

Rev. 2/2023

LAKEIA S. MCGEE
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 6, 2027
ACTING IN COUNTY OF _Wayne_

EXHIBIT K

---

**Status for BLD2015-02142 has been completed**

---

**From** commgr elaps <commgr@elaps.detroitmi.gov>

**Date** Thu 2/19/2026 4:06 PM

**To**   Chuck Brooks <Chuck@uniqueconstruction.com>

Greetings,

This message is to inform you that the **Status** for BLD2015-02142 has been completed at **4219 CHALMERS, Detroit, Michigan 48213** on **02/19/2026** with a result of **WORK NOT COMPLETE**.

Below are any comments associated with the Inspection Result:

2/19/26 Called/ Out on a called status Inspection/ met with Homeowner Mr Chuck/ Found rehabbed house with new roof, siding and brick. Interior has some new framing. No MEPs installed yet/ Chuck is looking for a extension on permit. Rec/ Status/ RI 180 days

If your inspection has been resulted as a **'FAIL'**, the detail and the corrective action(s) to be taken will be provided in a written report within 72 hours of the inspection being resulted. You may view this report in your eLAPS account, and a copy will also be mailed to the applicant.

If you do not have an eLAPS account, please create an account by clicking **here.**

It has been our pleasure to provide this service. For further assistance, please refer to the Division's contact information that will be located at the top of the inspection report. Thank you.

*Sincerely,*

Buildings, Safety Engineering and Environmental Department

***This is an automated email, so please do NOT reply to this email address.***

EXHIBIT

L

2025104517    L: 59431 P: 1169    LP
03/21/2025 02:16:17 PM  Total Pages: 5
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

The DETROIT LAND BANK AUTHORITY,
a public body corporate,
and MIKE DUGGAN, Mayor, City of Detroit,

      Plaintiffs,

vs

                                  Hon. Sheila A. Gibson
                                  Case No. 25-004278-CHc

### NOTICE OF LIS PENDENS

2980 BALDWIN, DETROIT, MICHIGAN 48214; GRAPE TREE LENDING LLC;

4219 CHALMERS, DETROIT, MICHIGAN 48215; CHARLENE L. BROOKS; CHARLES E. BROOKS JR;

1452 E GRAND BLVD, DETROIT, MICHIGAN 48211; DIS GLOBAL BUSINESS LLC;

1485 E GRAND BLVD, DETROIT, MICHIGAN 48211; HENRY NORMAN-WESLEY CAMPBELL; JACQUELYN CAMPBELL; UYLANDRAS CAMPBELL; VIVIAN WASHINGTON;

14434 HOUSTON-WHITTIER, DETROIT, MICHIGAN 48205; HBB COLLECTIVE LLC;

15782 INDIANA, DETROIT, MICHIGAN 48238; BOBBIE MILLER;

8790 W LAFAYETTE, DETROIT, MICHIGAN 48209; ALECIA EVA MOCKBIL;

6545 MEMORIAL, DETROIT, MICHIGAN 48228; SABRINA KEGLEY;

20515 WISCONSIN, DETROIT, MICHIGAN 48221; ESTATE OF MARY LITTLETON;

EXHIBIT

L 1

1

And any Unknown or Unnamed Claimants, Owners, Spouses, Heirs, Devisees, Assignees, individually, jointly and severally,

Defendants,

_____/

**GIUSEPPE PALAZZOLO (P79176)**
Principal Attorney, Detroit Land Bank Authority
Attorney for Plaintiffs
500 Griswold Street, Suite 1200
Detroit, MI 48226
(313) 502-5280

_____/

## NOTICE OF LIS PENDENS

Date:   March 21, 2025

    **TAKE NOTICE** that the Detroit Land Bank Authority has filed a NUISANCE ABATEMENT COMPLAINT AND REQUEST FOR EX PARTE ORDER PROHIBITING TRANSFER OR ENCUMBERANCE OF PROPERTIES with the Wayne County Circuit Court (Third Judicial Circuit) concerning the above-referenced properties located in the City of Detroit, Wayne County, Michigan, and more specifically described in Exhibit A.

    **TAKE FURTHER NOTICE,** the lawsuit seeks an order declaring the properties to be a public nuisance, and common law nuisance per se, and ordering the nuisance be abated.

    **TAKE FURTHER NOTICE,** the lawsuit seeks an interim order prohibiting the sale or encumbrance of the properties, violation of which may result in nullification of such prohibited actions.

    **TAKE FURTHER NOTICE,** the resolution of this lawsuit may result in termination of Defendant owners' rights in the properties and transfer of title to such properties to the Detroit Land Bank Authority.

    **TAKE FURTHER NOTICE,** individuals or entities interested in purchasing, encumbering, or conveying this property should contact the Detroit Land Bank Authority.

    For additional information regarding this action, reference may be made to the records of the Clerk of the Court, Wayne County Circuit Court, 201 Coleman A. Young Municipal Building, Two Woodward Avenue, Detroit, Michigan 48226.

2

EXHIBIT

L2

/

**GIUSEPPE PALAZZOLO (P79176)**
Principal Attorney, Detroit Land Bank Authority
Attorney for Plaintiffs
500 Griswold Street, Suite 1200
Detroit, MI 48226
(313) 502-5280

/

## EX PARTE ORDER PROHIBITING
## TRANSFER OR ENCUMBRANCE OF PROPERTY

At a session of said Court held in the City of Detroit,
County of Wayne, State of Michigan
on this _____ 3/24/2025 _____

PRESENT: HON. SHEILA A. GIBSON
Wayne County Circuit Court, Judge

This matter having come before this Court upon Plaintiffs' Complaint and Request for Ex Parte Order Prohibiting Transfer or Encumbrance of Property and Defendant properties being the subjects of this nuisance abatement action in the above-entitled case, and in the interest of judicial economy and the Court being fully apprised in the circumstances. The above-referenced properties located in the City of Detroit, Wayne County, Michigan, are more specifically described in Exhibit A.

**IT IS HEREBY ORDERED** that Defendant owners and interest holders of Defendant properties shall not transfer nor encumber said property without an order of this Court or stipulation of the parties.

**IT IS HEREBY ORDERED**, upon violation of this Order the Detroit Land Bank Authority may petition this court to nullify such transfer or encumbrance, without prejudice to any other remedies available to Plaintiffs.

/s/ Sheila A. Gibson
March 24, 2025

_____
HON. SHEILA A. GIBSON
Wayne County Circuit Court, Judge

EXHIBIT
M

GROSSE POINTE NEWS

# A man and 'No Block Left Behind'

By Sean J. Lane
*Guest Writer*

When I was on my way to an estimate one day, I was sidetracked by a traffic incident. I ended up going down Lakewood Street off Mack in Detroit.

At the corner of Lakewood and Waveney – 4234 Lakewood to be exact — sits an absolutely awe-inspiring compound. I kept driving past this location over the next few months, because I was intrigued by someone's commitment to build such a home in Detroit.

Well, one day I reached out to the owner of the property, Charles "Chuck" E. Brooks Jr., and asked if I could write a story about him and his home. To say that



*See BLOCK page 10*   **Sean Lane**

EXHIBIT

N1

EXHIBIT N 2

# BLOCK:

*Continued from page 2*



COURTESY PHOTO

**Sunny skies are in the forecast thanks to rehabilitation efforts as seen above on 4234 Lakewood.**

Chuck has been to hell and back is an understatement.

This deeply religious man — with an unshakeable commitment to God, Detroit and its residents — is very moving to say the least. Chuck has been homeless, stabbed twice, shot twice, carjacked and robbed. He suffered a house fire in which he lost everything and had no insurance, as well as multiple repossessions. He's been divorced and has seen his share of financial ups and downs. When he was carjacked, he was shot in front of his three children and laid in the street for over 30 minutes.

Chuck was on death's door, but pulled through with the support of a strong family unit, the strength to live and prayers. He had to learn to walk again and develop his motor skills. Needless to say, he survived and believes God sent him a message.

With this message in mind, Chuck, a general contractor-owner in Detroit, needed to make changes to his home, but also needed a place for his equipment and materials. During the permit process for his home, he fell victim to a cold shoulder from the city of Detroit that still exists today. He eventually succeeded in going through the paces with the city with no outside help or financial assistance.

As things started to materialize for 4234 Lakewood, Chuck's life began to change for the better — and for the citizens of Detroit.

He has purchased, remodeled and sold or is renting 17 homes within the 48205 ZIP code, assisting families to come back to Detroit and leave "No Block Left Behind." The homes he remodels for new families get started with monies from the sale of his book, "4234 Lakewood," of which

100 percent of the proceeds go back into the homes. Chuck does all of this on his own.

I have to say it was an honor to discuss with Chuck the simple fact that Detroit's true rebound will be found in neighborhoods being given the attention they need for people to stay in Detroit. Do yourself a favor and stop by 4234 Lakewood to see his hard work and commitment to Detroit.

If you would like to purchase Chuck's book or assist him with his efforts with materials or financially, he can be reached at charles ebrooksjr.com.

*Grosse Pointe Farms resident Sean Lane is the owner of Clean Up, Clear Out and Your Home Valet.*

IN THIS ISSUE:

HOUSING MARKET
An increase in inventory is a welcome sign

MAN ON A MISSION
Detroiter making sure "No Block Left Behind"

ASK MR. HARDWARE
Tips for simple DIY repairs

ATTN: HOUSE HUNTE
Take a peek inside 1147 Yorkshire






JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Charles E Brooks Jr.
Charlene L. Brooks    Pro-se

## DEFENDANTS

City of Detroit

**(b)** County of Residence of First Listed Plaintiff    WAYNE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

4234 LAKEWOOD ST.
DET MI 48215

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF

Att

**Case: 2:26-cv-11120**
**Assigned To : Goldsmith, Mark A.**
**Referral Judge: Patti, Anthony P.**
**Assign. Date : 4/6/2026**
**Description: CMP BROOKS ET AL**
**V. CITY OF DETROIT ET AL (DA)**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 368 Asbestos Personal Injury Product | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine / Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983 and 28 U.S.C. 1367

Brief description of cause:
Defamation

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 40,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE  4/6/2026

SIGNATURE OF ATTORNEY OF RECORD  Charles E Brooks Jr.

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                         ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other      ☐ Yes
            court, including state court? (Companion cases are matters in which  ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :