UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

CHARLES E. BROOKS JR., et al., Plaintiff

v.

CITY OF DETROIT, et al., Defendants


CASE NO: 2:26-cv-11120

HON. MARK A. GOLDSMITH


**NOTICE OF FILING OF MANDATORY LITIGATION HOLD AND DATA PRESERVATION DIRECTIVES**


**TO THE COURT AND ALL PARTIES:**

Plaintiff, proceeding **Pro Se**, hereby gives notice that on **April 8, 2026**, Formal Administrative Litigation Holds and Preservation of Evidence Mandates were served via **U.S. Certified Mail** upon all Defendants, the following high-level Data Custodians and others as it pertains to their roles in their respective departments:

**Art Thompson, Chief Information Officer (CIO)**: Directed to suspend all automated deletion of ESI and preserve Accela/eLAPS audit trails from **January 1, 2021, to present**.

1. **Corporation Counsel (Suite 500)**: Directed to preserve the archives of **Former Mayor Mike Duggan** and former staff.

2. **DLBA Legal Department (Suite 1200)**: Directed to preserve all records of former staff attorney **Alexis Plumaj**.

3. **City Oversight Agencies:**

   **The Mayor Mary Sheffield,**

   **The Inspector General (OIG) Kamau Marable,**

   **The Attorney General (AG) Dana Nessel,**

   **Ombudsman Sherry Gay-Dagnogo,**

   **City Council President James Tate,**

   **City Assessor Alvin Horhn,**

   **Dir. Board of Review Willie Donwell,**

   **Media Relations John Roach,**

   **Dir. BSEED David Bell,**

   **Chief of Police Todd Bettison,**

   **DPD Precinct & Field Opps,**

   **Dir. of DWSD Gary Brown,**

2

Detroit Board of Ethics and

Blight Court (DAH) have been notified of potential **Official Misconduct**

and **Spoliation of Evidence** risks.

4. The following has been notified via **U.S. Certified Mail** as well:

**Coleman A. Young II (Pro Tem)**

**Mary Waters (At-Large)**

**Angela Whitfield-Calloway (Dist. 2)**

**Scott Benson (Dist. 3)**

**Latisha Johnson (Dist. 4)**

**Renata Miller (Dist. 5)**

**Gabriela Santiago-Romero (Dist. 6)**

**Denzel Anton McCampbell (Dist. 7)**

**Erica Ward Gerson (DLBA Chair)**

**Richard Hosey (DLBA Vice Chair)**

**Miranda Morrow-Barlett (DLBA Community Engagement Comm.)**

**Carol Walters (DLBA Treasurer)**

**Patricia Pernell Shelton (DLBA Secretary)**

**Philicia Fowler (DLBA Member)**

**John Carter (DLBA Member)**

3

**SCOPE OF DIRECTIVE:**

Pursuant to **Fed. R. Civ. P. 37(e)** and the **Detroit City Charter**, these custodians have been placed on notice to preserve all emails, text messages (including on personal devices used for business), body-cam footage, water shutoff logs, and property audits related to the **Unique Holdings Group** portfolio and the **April 2025 media campaign**.

**CHARLES E. BROOKS JR., Plaintiff Pro Se**

**CHARLENE L. BROOKS, Plaintiff Pro Se**