# FORMAL NOTICE OF MANDATORY LITIGATION HOLD & CROSS-AGENCY PRESERVATION OF EVIDENCE

**FROM:** Charles E. Brooks Jr. Pro-Se / Charlene L. Brooks Pro-Se

**DATE:** April 7, 2026

**RE: MANDATORY EVIDENCE PRESERVATION – FEDERAL CASE NO. 2:26-cv-11120**

**TO:**

- **Conrad Mallett**, Corporation Counsel (2 Woodward Ave, Ste 500)

- **Detroit City Council (Full Body):** (2 Woodward Ave, Ste 1340)

- **Alvin Horhn**, City Assessor & **The Board of Review** (Ste 804)

- **Todd Bettison**, Police Chief & **DPD Precinct/Field Leadership** (1301 Third St)

- **Gary Brown**, DWSD (735 Randolph St)

**CC:**

- **Mary Sheffield**, Mayor (Ste 1126); **Office of Former Mayor Mike Duggan**

- **Kamau Marable**, Inspector General

- **Sherry Gay-Dagnogo**, Ombudsman

- **Tammy Daniels**, CEO of DLBA

- **DLBA Board of Directors** (500 Griswold, Ste 1200)

- **Giuseppe R. Palazzolo**, Senior Advisor

- **Niccole Hudson** (DLBA Legal)

- **Alexis Rose Plumaj** (DLBA Legal)

- **John Roach** (Media Staff)

- **Ray Solomon** (Central Staff)

- **Legislative Policy Division** (LPD)


## TEMPORAL SCOPE: JANUARY 1, 2021 TO PRESENT

**NOTICE:** Pursuant to the federal filing on April 6, 2026, you are hereby directed to preserve all records regarding **The Detroit Castle Estate (4219 Chalmers St), 4234 Lakewood St, the Spring Garden Properties, and the Unique Holdings Group portfolio and No Block Left Behind.** You are further directed to preserve all records involving **Charles E. Brooks Jr. and Charlene L. Brooks personally.**

Under **FRCP 37(e)** and the **Detroit City Charter**, you have a mandatory duty to preserve all evidence relevant to this litigation.

2

## I. EXECUTIVE, LEGISLATIVE & ATTORNEY COORDINATION (2021–PRESENT):

- **Former Mayor Mike Duggan Archives**: Preserve all correspondence, directives, and memos regarding the targeting of the Plaintiffs' properties and the 2022 Spring Garden litigation since 2021.

## CROSS-AGENCY COORDINATION & ATTORNEY MANDATE (2021–PRESENT):

- **Inter-Agency Preservation**: Preserve all correspondence, digital "pings," and memos *between* the **Mayor's Office**, **DLBA**, **BSEED**, and **DPD** regarding the targeting of the Plaintiffs' properties.

## I. DLBA BOARD, OIG & OMBUDSMAN MANDATE:

- **DLBA Board of Directors**: Preserve all correspondence, internal memos, and text messages from **Erica Ward Gerson, Richard Hosey, Miranda Morrow-Bartell, Philicia Fowler, and John Carter** regarding the Plaintiffs' portfolio since 2021.
- **OIG & Ombudsman**: This notice formally triggers the duty to preserve all investigative files and complaints related to the Plaintiffs for **Official Misconduct** review.

3

- **Land Bank Strategic Mandate**: Preserve all records involving **Tammy Daniels, Niccole Hudson, Giuseppe R. Palazzolo** and **Alexis Rose Plumaj** regarding title-clearing, Nuisance Abatement, etc. From 2021-present and, including but not limited and the April 2025 reclamation strategy. (Unique Holdings Group Charles & Charlene Brooks)

**Attorney-Lead Coordination**: Preserve all correspondence, digital "pings," and memos between **Giuseppe R. Palazzolo, Niccole Hudson**, and **Alexis Rose Plumaj** regarding the strategic targeting of the portfolio.

**Full City Council & LPD (Suite 1340)**: Preserve all records and text messages from **all nine Council members** and their respective Chiefs of Staff.

## II. POLICE, UTILITY & SHADOW DOCKET MANDATES (SPECIFIC DATES):

- **DPD Precinct & Field Operations**: Preserve all dispatch logs, body-cam footage, and CAD records regarding site visits or surveillance, **including but not limited to February 17, 2026**.
- **DWSD (Water)**: Preserve all usage logs and meter readings. Preserve all notices, shutoff orders, including but not limited to occurrences on **April 15, 2025**, and **February 17, 2026**, at 4234 Lakewood.

4

- **BSEED: Undelivered Violations (Shadow Docket)**: Preserve all internal mailing logs and **"Return to Sender" envelopes** for citations issued but never received at **4234 Lakewood**.

## III. STRATEGIC MEETINGS, FINANCIAL AUDITS & ACCELA:

- **Special Meetings**: Preserve all minutes, attendance logs, and audio recordings from **Blight Court (BC), BSEED**, and the **Board of Review/Assessor's Office (Suite 804)** regarding the portfolio.

- **Assessor Audits & PRE Records**: Preserve all **Principal Residence Exemption (PRE)** records, audit trails, and manual status changes for the target properties since 2021.

- **Accela/eLAPS Audit Trails**: Preservation of all original digital logs showing user access or modifications to the properties' files.

## IV. MEDIA & DEFAMATION MANDATE (APRIL 2025 – PRESENT):

- **"Ether Diss Track" Video**: All drafts, raw footage, metadata, and internal emails involving **John Roach** and **Ray Solomon** regarding the production and intent of this media.

## V. FORMAL SCOPE OF PRESERVATION (BROADENED):

5

- **All internal/external emails and text messages**, including those on **personal devices** if used for city/agency business.

- **All original architectural blueprints, CAD files, and reclamation contracts.**

**LEGAL WARNING:** Failure to preserve these records constitutes **Spoliation of Evidence** and **Official Misconduct** under the Detroit City Charter. Any destruction of data following this notice will be reported to **Judge Mark A. Goldsmith** for immediate sanctions.

_Charles Brooks Jr._ 4/7/2026
CHARLES E. BROOKS JR. Pro Se

_Charlene L Brooks_
CHARLENE L. BROOKS Pro Se

6