UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

CHARLES E. BROOKS JR., et al., Plaintiff

v.

CITY OF DETROIT, et al., Defendants


CASE NO: 2:26-cv-11120

HON. MARK A. GOLDSMITH


**NOTICE OF FILING OF MANDATORY LITIGATION HOLD AND DATA PRESERVATION DIRECTIVE TO CHIEF INFORMATION OFFICER**

**TO THE COURT AND ALL PARTIES:**

Plaintiff, proceeding **Pro Se**, hereby gives notice that on **April 8, 2026**, a Formal Administrative Litigation Hold and Preservation of Electronic Data Mandate was served via **U.S. Certified Mail** upon **Art Thompson, Chief Information Officer (CIO)** for the City of Detroit (Suite 1210).


**SCOPE OF DIRECTIVE:**

Pursuant to **Fed. R. Civ. P. 37(e)** and the **Detroit City Charter**, the Chief Information Officer has been directed to immediately suspend all automated

deletion, overwriting, or purging of Electronically Stored Information (ESI) for the period of **January 1, 2021, to present**, specifically including:

1.  **Email Archives**: For the Office of the Mayor, DLBA Legal, and former executive staff.

2.  **Accela/eLAPS Audit Logs**: All metadata and user access records for the Plaintiffs' property portfolio.

3.  **Third-Party Servers**: All cloud storage and backup tapes containing coordination records for the "Architect-Reclamation-2026" protocol.

_Charles Brooks Jr_ 4/8/2026

**CHARLES E. BROOKS JR., Plaintiff Pro Se**

_Charlene L. Brooks_

**CHARLENE L. BROOKS, Plaintiff Pro Se**